## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District District of New York

Index Number: 7:17-CV-04898-VB

Date Filed: _____

Plaintiff:
**Sherline Pahagas and Edith Mateo Mendoza**

vs.

Defendant:
**Pit Koehler a/k/a Pit Kohler and Mareike Koehler a/k/a Mareike Kohler**

Received by Action Subpoena, Inc to be served on **Pit Koehler, 16 Stonewall Circle, West Harrison, NY 10604**.

I, Linda Benedetto, being duly sworn, depose and say that on the **11th day of July, 2017** at **7:05 pm**, I:

**AFFIXED** a true copy of the **Summons in a Civil Action and Complaint** to the door at the address of: **16 Stonewall Circle, West Harrison, NY 10604**, the same being the defendant/respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in a Civil Action and Complaint** in a postpaid envelope to the address of: **16 Stonewall Circle, West Harrison, NY 10604** bearing the words "Personal & Confidential" by First Class Mail - Priority Mail on **7/12/2017** and placed in an official depository of the U.S.P.S. in the State of New York. Tracking No. 9405 5036 9930 0068 0026 49

**Additional Information pertaining to this Service:**
7/11/2017  7:05 pm  Attempted Service: 16 Stonewall Circle West Harrison, NY 10604  No answer at the address, no lights or sounds however, the mailbox was emptied, and my note was gone. I spoke to the neighbor across the street but he stated he did not know anything about the respondents, Pit Koehler or Mareike Koehler. I posted the documents on the Green Front door.
7/10/2017  1:20 pm  Attempted Service. No one is answering the door. I left a note in the mailbox. Mailbox was full. Maybe they are on vacation.
7/10/2017  1:20 pm  Attempted Service.16 Stonewall Circle West Harrison, NY 10604 No one answered the door. There were no sounds inside. Mailbox was full of mail addressed to the respondents. I left a note asking the defendants to contact me so I could deliver the documents to them.
7/8/2017  7:56 pm  Attempted Service.16 Stonewall Circle West Harrison, NY 10604, No Answer No change from the previous attempt.
7/8/2017  7:38 am  Attempted Service.16 Stonewall Circle West Harrison, NY 10604  No lights or sounds, No one answered the door. The mailbox had mail in it.I spoke to a neighbor, but they did not know if the residents at the address were home, or their schedule.
7/6/2017  4:20 pm  Attempted Service.16 Stonewall Circle West Harrison, NY 10604 Private Home No one answered the door.
On July 12th we also mailed the documents to Pit Koehler c/o Permanent Mission of Germany to the United Nations 871 United Nations Plaza New York, N.Y. 10017  Tracking No 9405 5036 9930 0068 0026 70

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Subscribed and Sworn to before me on the 12TH day of July, 2017 by the affiant who is personally known to me.

_____
Notary Public of the State of New York

**Gail Kagan**
Notary Public State of New York
NO. 01KA6094470
Qualified in Westchester County
Commission Expires June 23, 20 19

_Linda Benedetto_
Linda Benedetto

Action Subpoena, Inc
P.O. Box 236
Riverdale, NY 10471
(914) 963-1941

Our Job Serial Number: ATN-2017001284

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2g

